# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JOSH FOLEY**                                                                  **PLAINTIFF**
ADC #177695

**v.**                                   **CASE NO. 3:21-CV-00190-BSM**

**MARJORIE HALL,** *et al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's

proposed findings [Doc. No. 5] are adopted and this case is dismissed without prejudice.

Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).  An *in forma*

*pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 3rd day of December, 2021.


UNITED STATES DISTRICT JUDGE