IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSH FOLEY**  **PLAINTIFF**
ADC #177695

v.  **CASE NO. 3:21-CV-00190-BSM**

**MARJORIE HALL,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE